UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH ABRAMS, *et al.*,
                      Plaintiff,

    -v-

RICHARD CARRANZA, *et al.*,
                      Defendant.

20-CV-5085 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This case was removed from New York Supreme Court, New York County, on July 2, 2020. Counsel for Plaintiffs is directed to file an appearance with this Court no later than July 17, 2020.

    Counsel for Defendants shall serve a copy of this order on counsel for Plaintiffs by July 13, 2020.

    SO ORDERED.

Dated: July 8, 2020
       New York, New York

                                        _____
                                             J. PAUL OETKEN
                                           United States District Judge