UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ELIZABETH ABRAMS and DORE ABRAMS,
as Parents and Natural Guardians of A.A and
ELIZABETH ABRAMS and DORE
ABRAMS, Individually, et al.,                           :

        Plaintiffs,                                 :

                                                    :      ORDER

    -against-

                                                    :      20-CV-5085 (JPO)(KNF)

RICHARD CARRANZA, in his official
capacitybas the Chancellor of the New York City
Department of Education, and the NEW YORK
CITY DEPARTMENT OF EDUCATION,                           :

                                                    :
        Defendants.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    In a letter dated March 7, 2021, the plaintiffs requested that the Court convene a conference to help the parties "resolve this matter and avoid unnecessary motion practice." The defendants have not responded to the plaintiffs' letter. Therefore, on or before March 19, 2021, the defendants shall file their response.

Dated: New York, New York        SO ORDERED:
       March 16, 2021

                                            /s/ Kevin Nathaniel Fox
                                            KEVIN NATHANIEL FOX
                                            UNITED STATES MAGISTRATE JUDGE