UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ELIZABETH ABRAMS and DORE ABRAMS, as Parents and Natural Guardians of A.A., and ELIZABETH ABRAMS and DORE ABRAMS, Individually; ARELIS ARAUJO and LUIS ARAUJO, as Parents and Natural Guardians of Z.A., and ARELIS ARAUJO and LUIS ARAUJO, Individually; JHOANA JUCA and VICTOR ARTEAGA, as Parents and Natural Guardians of K.A., and JHOANA JUCA and VICTOR ARTEAGA, Individually; DONNA CORNETT and JOHN BURGESS, as Parents and Natural Guardians of J.B., and DONNA CORNETT and JOHN BURGESS, Individually; EILEEN MENDEZ, as Parent and Natural Guardian of A.C., and EILEEN MENDEZ, Individually; YVONNE DAVIS, as Natural Guardian of O.C., and YVONNE DAVIS, individually; CLAUDIA RIVAS, as Parent and Natural Guardian of S.C., and CLAUDIA RIVAS, individually; BRENDA MELENDEZ, as Parent and Natural Guardian of J.C., and BRENDA MELENDEZ, Individually; CAROLYN MASON, as Parent and Natural Guardian of A.D., and CAROLYN MASON, Individually; PATRICK DONOHUE, as parent and Natural  Guardian of S.J.D., and PATRICK DONOHUE, Individually; NEYSHA CRUZ as Parent and Natural Guardian of O.F., and NEYSHA CRUZ, Individually; PIEDAD ANGAMARCA, as Parent and Natural Guardian of J.G., and PIEDAD ANGAMARCA, Individually; JANICE TORRES and ABDON LOPEZ, as Parents and Natural Guardians of A.L., and J ANICE TORRES and ABDON LOPEZ, Individually; NAHOKO MIZUTA and KENTARO MIZUTA,  as Parents and Natural Guardians of Y.M., and NAHOKO MIZUTA and KENTARO MIZUTA, Individually; YARELY MORA and LUIS NUNEZ, SR., as Parents and Natural Guardians of  L.N., and YARELY MORA and LUIS NUNEZ, SR., Individually; SHANNON THOMASON and VINNIE PENNA, as Parents and Natural Guardians of E.P., and SHANNON THOMASON AND VINNIE  PENNA, Individually;

and ALEXANDRA VERA-FIALLOS as Parent
and Natural Guardian of L.F., and ALEXANDRA
VERA-FIALLOS, Individually,

                Plaintiffs,                        **ORDER**

    -against-                                   20-CV-5085 (JPO)(KNF)

MEISHA PORTER, in her official capacity as
the Chancellor of the New York City Department of
Education, and the NEW YORK CITY
DEPARTMENT OF EDUCATION,

                Defendants.
----------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on April 29, 2021, at 2:00 p.m. All parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated:  New York, New York                       SO ORDERED:
           April 1, 2021

                                                               _____
                                                               KEVIN NATHANIEL FOX
                                                               UNITED STATES MAGISTRATE JUDGE