UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ELIZABETH ABRAMS and DORE ABRAMS, as Parents and Natural Guardians of A.A., and ELIZABETH ABRAMS and DORE ABRAMS, Individually; ARELIS ARAUJO and LUIS ARAUJO, as Parents and Natural Guardians of Z.A., and ARELIS ARAUJO and LUIS ARAUJO, Individually; JHOANA JUCA and VICTOR ARTEAGA, as Parents and Natural Guardians of K.A., and JHOANA JUCA and VICTOR ARTEAGA, Individually; DONNA CORNETT and JOHN BURGESS, as Parents and Natural Guardians of J.B., and DONNA CORNETT and JOHN BURGESS, Individually; EILEEN MENDEZ, as Parent and Natural Guardian of A.C., and EILEEN MENDEZ, Individually; YVONNE DAVIS, as Natural Guardian of O.C., and YVONNE DAVIS, individually; CLAUDIA RIVAS, as Parent and Natural Guardian of S.C., and CLAUDIA RIVAS, individually; BRENDA MELENDEZ, as Parent and Natural Guardian of J.C., and BRENDA MELENDEZ, Individually; CAROLYN MASON, as Parent and Natural Guardian of A.D., and CAROLYN MASON, Individually; PATRICK DONOHUE, as parent and Natural  Guardian of S.J.D., and PATRICK DONOHUE, Individually; NEYSHA CRUZ as Parent and Natural Guardian of O.F., and NEYSHA CRUZ, Individually; PIEDAD ANGAMARCA, as Parent and Natural Guardian of J.G., and PIEDAD ANGAMARCA, Individually; JANICE TORRES and ABDON LOPEZ, as Parents and Natural Guardians of A.L., and J ANICE TORRES and ABDON LOPEZ, Individually; NAHOKO MIZUTA and KENTARO MIZUTA,  as Parents and Natural Guardians of Y.M., and NAHOKO MIZUTA and KENTARO MIZUTA, Individually; YARELY MORA and LUIS NUNEZ, SR., as Parents and Natural Guardians of  L.N., and YARELY MORA and LUIS NUNEZ, SR., Individually; SHANNON THOMASON and VINNIE PENNA, as Parents and Natural Guardians of E.P., and SHANNON THOMASON AND VINNIE  PENNA, Individually;

and ALEXANDRA VERA-FIALLOS as Parent
and Natural Guardian of L.F., and ALEXANDRA
VERA-FIALLOS, Individually,

                Plaintiffs,                           **ORDER**

   -against-                                       20-CV-5085 (JPO)(KNF)

MEISHA ROSS PORTER, in her official capacity as
the Chancellor of the New York City Department of
Education, and the NEW YORK CITY
DEPARTMENT OF EDUCATION,

                Defendants.
----------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

     IT IS HEREBY ORDERED that Meisha Ross Porter ("Porter'), the successor to Richard Carranza ("Carranza") as chancellor of the New York City Department of Education, is substituted for Carranza as a defendant in this action, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure. The Clerk of Court is directed to modify the docket sheet maintained for this action to reflect the substitution of Porter for Carranza as a defendant in the action.

Dated  New York, New York                       SO ORDERED:
         April 1, 2021

                                                          _Kevin Nathaniel Fox_
                                                          KEVIN NATHANIEL FOX
                                                          UNITED STATES MAGISTRATE JUDGE