UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH ABRAMS, *as parent and natural guardian of A.A.*, *et al.*,

                Plaintiffs,

-v-

RICHARD CARRANZA, *et al.*,

                Defendants.

20-CV-5085 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and subject to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

    All filing deadlines and conference dates are adjourned *sine die*.

    SO ORDERED.

Dated: June 23, 2023
       New York, New York

                                          J. PAUL OETKEN
                                          United States District Judge